758 A.2d 643

IN THE MATTER OF JOHN P. GROSS, AN ATTORNEY AT LAW.

September 19, 2000.

## O R D E R

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11 recommending that **JOHN P. GROSS** of **SOMERVILLE** who was admitted to the bar of this State in 1975, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **JOHN P. GROSS** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JOHN P. GROSS** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.